## Frank Pablocki, Appellant, v. Thomas A. Viviano and John Viviano, Appellees.

**Gen. No. 44,797.** ▮

Caplow & Kelley and Joseph Barbera, for appellant; C. A. Caplow and Joseph Barbera, of counsel; Burt A. Crowe, for appellees; Carl E. Abrahamson, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed February 28, 1950; released for publication March 15, 1950.

## Valeria Botwinski, Appellee, v. Drovers Trust and Savings Bank, Appellant.

**Gen. No. 44,840.** ▮

Ralph R. Hawxhurst and Abel J. De Haan, for appellant; G. A. Bosomburg, of counsel; M. C. Zacharias and Casimir R. Wachowski, for appellee; Casimir R. Wachowski, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed February 28, 1950; released for publication March 15, 1950.